ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 19 2009
CLERK, U.S. DISTRICT COURT
By _____
　　　Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| v. | § No. 3-09CV1161-K |
| LAUREN D. BAUMANN, | § |
| Defendant, | § |
| and | § |
| BROKER SOLUTIONS, INC., d/b/a NEW AMERICAN FUNDING, | § |
| Garnishee. | § |

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America, makes application under 18 U.S.C. § 3613 and 28 U.S.C. §§ 3201-3206 to the Clerk of the United States District Court for the Northern District of Texas to issue a Writ of Garnishment upon the nonexempt property of Lauren D. Baumann (Baumann), who is a judgment debtor of the United States. This Writ of Garnishment is sought in connection with a Judgment for the United States against Baumann (criminal case number 3:99-CR-275). Computation of the debt as of May 28, 2009 is:

| | |
|---|---|
| $2,900,000.00 | Judgment amount |
| ($55,708.95) | Credits applied to Judgment |
| $2,844,291.05 | Debt balance |

The judgment debtor's full name is Lauren D. Baumann, her social security number is 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, and her last known address is 1123 Main Street, Huntington Beach, CA 92648. Not less than thirty (30) days have elapsed since demand on the

Application for Writ of Garnishment - Page 1

debtor for payment of the debt was made and the debtor has not paid the amount due. The name and address of the Garnishee or its authorized agent is:

>Broker Solutions, Inc., d/b/a New American Funding,
>and its affiliates, successors, or assigns
>Enrico Arvielo, Registered Agent
>17890 Skypark Circle, Suite 100
>Irvine, CA  92614

The United States believes the Garnishee, and its affiliates, successors, or assigns, has possession, custody, or control of property in which Baumann has a substantial nonexempt interest, including but not limited to, 25 percent of the Defendant's disposable earnings or the amount by which Defendant's disposable earnings more than thirty (30) times the federal minimum hourly wage prescribed by 29 U.S.C. § 206(a)(1), whichever is less. *See* 28 U.S.C. § 3205; 15 U.S.C. § 1673; and *U.S. v. Kaye,* 93 F. Supp.2d 196, 197-98 (D. Conn. 2000). "Disposable earnings" are defined as "that part of earnings remaining after all deductions required by law have been withheld," such as federal income taxes, Social Security taxes, and Medicare taxes. *See* 28 U.S.C. § 3002(5); *First Nat'l Bank of Jasper v. Robinson (In re Robinson),* 240 B.R. 70, 100 (Bankr. N.D. Ala. 1999).

>Respectfully submitted,
>
>JAMES T. JACKS
>ACTING UNITED STATES ATTORNEY
>
>*/s/ Megan J. Fahey*
>Megan J. Fahey
>Assistant United States Attorney
>Texas State Bar No. 24043655
>Burnett Plaza Suite 1700
>801 Cherry Street Unit #4
>Fort Worth, Texas 76102-6882
>Telephone: 817.252.5200
>Facsimile: 817.978.6361

Application for Writ of Garnishment - Page 2

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

ORIGINAL

## I. (a) PLAINTIFFS
United States of America

## DEFENDANTS
Lauren D. Baumann

**3-09CV1161-K**

(b) County of Residence of First Listed Plaintiff __Tarrant__
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant __Orange__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

RECEIVED BY
JUN 19 2009
CLERK U.S. DISTRICT COURT

(c) Attorney's (Firm Name, Address, and Telephone Number)
Megan J. Fahey, AUSA   817.252.5200
Burnett Plaza, Suite 1700, 801 Cherry St, Unit 4, Fort Worth, TX 76102

Attorneys (If Known)
Unknown

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Brief description of cause: 28 U.S.C. 3205 - Garnishment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 2,844,291.05
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE __Jerry Buchmeyer__
DOCKET NUMBER __3:99-CR-275__

DATE 6/16/09
SIGNATURE OF ATTORNEY OF RECORD _Megan J Fahey_

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____