ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 1 9 2009
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | No. 3-09CV1161-K |
| v. § | |
| § | |
| LAUREN D. BAUMANN, § | |
| § | |
| Defendant, § | |
| § | |
| and § | |
| § | |
| BROKER SOLUTIONS, INC., § | |
| d/b/a NEW AMERICAN FUNDING, § | |
| § | |
| Garnishee. § | |

## CERTIFICATE OF INTERESTED PERSONS

I, Megan J. Fahey, counsel for the United States of America, do hereby certify pursuant to Local Rules 3.1(f) and 7.4 of the Northern District of Texas, that other than the Plaintiff, United States of America, the Defendant, Lauren D. Baumann, and the Garnishee, Broker Solutions, Inc., d/b/a New American Funding, and its affiliates, successors, or assigns, I am currently unaware of any person, organization, or other legal entity with a financial interest in the outcome of this case.

Respectfully submitted,

JAMES T. JACKS
ACTING UNITED STATES ATTORNEY

*Megan J. Fahey*
Megan J. Fahey
Assistant United States Attorney
Texas State Bar No. 24043655
Burnett Plaza Suite 1700
801 Cherry Street Unit #4
Fort Worth, Texas 76102-6882
Telephone: 817.252.5200
Facsimile: 817.978.6361

Certificate of Interested Persons