ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 1 9 2009
CLERK, U.S. DISTRICT COURT
By _____
          Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | No. 3-09CV1161-K |
| § | |
| LAUREN D. BAUMANN § | |
| § | |
| Defendant, § | |
| § | |
| and § | |
| § | |
| BROKER SOLUTIONS, INC., § | |
| d/b/a NEW AMERICAN FUNDING, § | |
| § | |
| Garnishee. § | |

## MOTION TO SEAL CASE

The United States of America, by and through the United States Attorney for the Northern District of Texas, files this Motion to Seal Case. In support of the motion, the Plaintiff would show as follows:

The United States of America represents to the Court that it is necessary to seal this case to prevent disclosure of this garnishment proceeding to the Defendant prior to service of process on the Garnishee, which is believed to be in possession of Defendant's nonexempt property.

The United States of America moves this Court to seal this case until the United States files a Motion to Unseal Case.

Respectfully submitted,

JAMES T. JACKS
ACTING UNITED STATES ATTORNEY

/s/ Megan Fahey
Megan Fahey
Assistant United States Attorney
Texas State Bar No. 24043655
Burnett Plaza Suite 1700
801 Cherry Street Unit #4
Fort Worth, Texas 76102-6882
Telephone: 817.252.5200
Facsimile: 817.978.6361

Motion to Seal