ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 22 2009

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | No. 3-09CV1161-K |
| v. § | |
| § | |
| LAUREN D. BAUMANN, § | |
| § | |
| Defendant, § | |
| § | |
| and § | |
| § | |
| BROKER SOLUTIONS, INC., § | |
| d/b/a NEW AMERICAN FUNDING, § | |
| § | |
| Garnishee. § | |

## ORDER TO SEAL CASE

Having considered the United States' Motion to Seal Case, and it appearing that sealing the case is in the interest of justice;

IT IS HEREBY ORDERED that the Motion to Seal Case be granted and that the case is hereby SEALED.

IT IS FURTHER ORDERED that this case shall remain sealed until the United States files a Motion to Unseal Case.

Signed this 22nd day of June, 2009

_____
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS