

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | No. 3-09CV1161-K |
| § | |
| LAUREN D. BAUMANN, § | |
| § | |
| Defendant, § | |
| § | |
| and § | |
| § | |
| BROKER SOLUTIONS, INC., § | |
| d/b/a NEW AMERICAN FUNDING, § | |
| § | |
| Garnishee. § | |

## WRIT OF GARNISHMENT

GREETINGS TO:   Broker Solutions, Inc., d/b/a New American Funding,
and its affiliates, successors, or assigns
Enrico Arvielo, Registered Agent
17890 Skypark Circle, Suite 100
Irvine, CA 92614

An Application for Writ of Garnishment against the nonexempt property of Lauren D. Baumann (Baumann), who is a judgment debtor of the United States, has been filed with this Court. A Judgment was entered against Baumann. Computation of the debt as of May 28, 2009 is:

| | |
|---|---|
| $2,900,000.00 | Judgment amount |
| ($55,708.95) | Credits applied to Judgment |
| $2,844,291.05 | Debt balance |

Pending further order of this Court, you shall withhold and retain any property in which Baumann has a substantial nonexempt interest and for which you are or may

Writ of Garnishment - Page 1

become indebted to Baumann. You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your possession, custody, or control or anticipate receiving any property in which Baumann has a substantial nonexempt interest.

You must file the original written Answer within ten (10) days of your receipt of the Writ of Garnishment with the Clerk of the United States District Court, Northern District of Texas, Dallas Division, 1100 Commerce Street, Room 1452, Dallas, TX 75242.

Additionally, you are required by law to serve a copy of your Answer upon Lauren D. Baumann, 1123 Main Street, Huntington Beach, CA 92648-2718, and upon the United States Attorney for the Northern District of Texas, Attn: Megan J. Fahey, Assistant United States Attorney, Burnett Plaza Suite 1700, 801 Cherry Street Unit #4, Fort Worth, TX 76102.

Under the law, property that is exempt from this Writ of Garnishment and may not be subject to this Writ, is listed in the Plaintiff's Instructions to Garnishee.

Furthermore, as Garnishee, you are advised that it is unlawful to pay or deliver to Baumann any item attached by this Writ until so directed by this Court. Should you fail to answer this Writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the nonexempt property, inclusive of disposable earnings.

NOTE: In conjunction with such garnishment, the Court refers to 15 U.S.C. § 1674, which reflects that the Garnishee is prohibited from discharging any defendant

judgment debtor from employment by reason of the fact that her earnings have been subject to garnishment for any one indebtedness.

DATED this \_\_\_23\_\_\_ day of \_\_June\_\_, 2009

by D Van Camp Deputy Clerk
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Writ of Garnishment - Page 3