IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § | |
| v. | § § | No. 3:09-CV-1161-K |
| LAUREN D. BAUMANN, | § § | CASE UNDER SEAL |
| Defendant, | § § | |
| and | § § | |
| BROKER SOLUTIONS, INC., d/b/a NEW AMERICAN FUNDING, | § § § § | |
| Garnishees. | § | |

## PLAINTIFF'S MOTION TO QUASH WRIT OF GARNISHMENT ISSUED TO GARNISHEE, BROKER SOLUTIONS, INC., d/b/a NEW AMERICAN FUNDING

The United States of America made application pursuant to 18 U.S.C. § 3613 and 28 U.S.C. §§ 3203-3206 to the Clerk of the United States District Court for the Northern District of Texas to issue a Writ of Garnishment upon the property of Defendant, Lauren D. Baumann (Baumann), who is a judgment debtor of the United States.

The Writ of Garnishment was issued by the Clerk on June 22, 2009, and directed to Broker Solutions, Inc., d/b/a New American Funding. Broker Solutions, Inc., d/b/a New American Funding, was served on August 14, 2009, and notified the United States that the Baumann is no longer employed by Broker Solutions, Inc., d/b/a New American Funding.

Pl's Mot. to Quash - Page 1

Therefore, the United States requests that this garnishment proceeding be quashed.

Wherefore, the United States requests that the motion be granted.

DATED this 28th day of September, 2009.

                                      Respectfully submitted,

                                      JAMES T. JACKS
                                      UNITED STATES ATTORNEY

                                      */s/ Megan J. Fahey*
                                      Megan J. Fahey
                                      Assistant United States Attorney
                                      Texas State Bar No. 24043655
                                      Burnett Plaza Suite 1700
                                      801 Cherry Street Unit 4
                                      Fort Worth, Texas 76102-6882
                                      Telephone: 817.252.5200
                                      Facsimile: 817.978.6361
                                      Megan.Fahey@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2009, a true and correct copy of the Plaintiff's Motion to Quash Writ of Garnishment Issued to Garnishee, Broker Solutions, Inc., d/b/a New American Funding was sent via First Class United States mail to the following:

Lauren D. Baumann
1123 Main Street
Huntington Beach, California 92648

Broker Solutions, Inc.,
d/b/a New American Funding
Alma Mercado - Human Resources
16808 Armstrong Avenue
Suite 215
Irvine, California 92606

                                                           _____
                                                           Megan J. Fahey
                                                           Assistant United States Attorney